JS - 6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION - LOS ANGELES)

BECKMAN COULTER, INC., a corporation; BECKMAN COULTER INTERNATIONAL, S.A., a corporation; and CERTAIN UNDERWRITERS AT LLOYDS AND LONDON MARKET COMPANIES, legal entities;

  Plaintiffs,

v.

EGL, INC., a corporation; CEVA FREIGHT LLC, a limited liability company; SINGAPORE AIRLINES, an entity of unknown form; and EGL GLOBAL LOGISTICS, LP, a limited partnership;

  Defendants.

Case No. 2:12-cv-05845-RSWL-SH

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal filed by the Parties, this matter is hereby dismissed with prejudice, each party to the bear its own costs and fees herein.

IT IS SO ORDERED.

Dated: April 8, 2013

RONALD S.W. LEW
HON. RONALD S.W. LEW
Senior, U. S. District Court Judge